AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dever, James C. | U.S. District Court, EDNC | 7/27/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge- Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court
310 New Bern Ave.
Raleigh, NC 27601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Law Professor | Campbell University, N.A. Wiggins School of Law |
| 2. | Director | North Wake County Baseball Association |
| 3. | Senior Lecturing Fellow | Duke University School of Law |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Agreement to teach as an adjunct law professor at Campbell University |
| 2. | 2011 | Agreement to teach as a senior lecturing fellow at Duke University |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Campbell University (wages) | $6,760.00 |
| 2. 2011 | Duke University (wages) | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Teacher, Our Lady of Lourdes Catholic School, Raleigh, North Carolina (wages) |
| 2. 2011 | Self-employed, Silpada, Raleigh, North Carolina |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 7/27/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 7/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Northwestern Mutual Life Policy | A | Int./Div. | K | T | | | | | |
| 2. | Northwestern Mutual Life Policy | A | Int./Div. | K | T | | | | | |
| 3. | | | | | | | | | | |
| 4. | RBC Centura Bank Account | A | Interest | K | T | | | | | |
| 5. | | | | | | | | | | |
| 6. | IRA | | | | | | | | | |
| 7. | -AAETX (American Funds 2030 Target Date) | A | Int./Div. | L | T | | | | | |
| 8. | -TABRX (Templeton Bric Fund Class A) | A | Int./Div. | J | T | | | | | |
| 9. | -OIBAX (Oppenheimer Intl Bond Class A) | A | Int./Div. | K | T | | | | | |
| 10. | -NEWFX (New World Fund Class A) | A | Int./Div. | J | T | | | | | |
| 11. | -TEDIX (Mutual Series Discovery Class A) | A | Int./Div. | J | T | | | | | |
| 12. | -ITHAX (Hartford Capital Appreciation Fund) | A | Int./Div. | K | T | | | | | |
| 13. | -FRRAX (Franklin Real Return Fund Class A) | A | Int./Div. | K | T | | | | | |
| 14. | -RPFGX (Davis Financial Fund Class A) | A | Int./Div. | J | T | | | | | |
| 15. | -NYVTX (Davis New York Venture Class A) | A | Int./Div. | K | T | | | | | |
| 16. | -CWGIX (Capital World Growth & Income) | A | Int./Div. | K | T | | | | | |
| 17. | -CAIBX (Capital Income Builder Fund) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -AMCPX (AMCAP Fund Class A) | A | Int./Div. | L | T | | | | | |
| 19. -Cash Deposit-- Northwestern Mutual Investment Services | A | Interest | J | T | | | | | |
| 20. Trust No. 1 | | | | | | | | | |
| 21. -Wachovia checking acct. | A | Interest | J | T | | | | | |
| 22. -Wachovia savings acct. | A | Interest | J | T | | | | | |
| 23. -Kincecta Federal Savings & Loan checking acct. | A | Interest | N | T | | | | | |
| 24. -Kinecta Federal Savings & Loan savings acct. | A | Interest | J | T | | | | | |
| 25. -Kinecta Federal Savings & Loan CD | A | Interest | | | Matured | 8/25/11 | N | A | |
| 26. -Kinecta Federal Savings & Loan CD | A | Interest | | | Matured | 8/25/11 | N | A | |
| 27. -Fidelity Cash Reserve acct. | A | Interest | K | T | | | | | |
| 28. -New York Life whole life insurance policy | A | Int./Div. | K | T | | | | | |
| 29. -New York Life family life insurance policy | A | Int./Div. | J | T | | | | | |
| 30. -New York Life variable annuity | A | Int./Div. | J | T | | | | | |
| 31. -USAA whole life insurance policy | B | Int./Div. | K | T | | | | | |
| 32. -Citibank Bank Deposit (Y) | | | | | Closed | 2/28/11 | J | | |
| 33. -AT&T Inc stock | A | Dividend | J | T | | | | | |
| 34. -Citigroup Inc stock | | None | | | Sold | 2/28/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 7/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    -Comcast Corp Cl A stock | A | Dividend | J | T | | | | | |
| 36.    -General Electric Co stock | A | Dividend | K | T | | | | | |
| 37.    -News Corp Class A New stock | C | Dividend | K | T | | | | | |
| 38.    -Northrop Grumman Corp stock | A | Dividend | L | T | | | | | |
| 39.    -Raytheon Company New stock | D | Dividend | M | T | | | | | |
| 40.    -3M Company stock | A | Dividend | K | T | | | | | |
| 41.    -Wells Fargo CD (X) | A | Interest | K | T | Buy | 3/5/11 | K | | |
| 42.    -Fidelity US Treasury Money Mkt (X) | A | Interest | N | T | Open | 6/29/11 | N | | |
| 43.    -Huntington Ingalls Indus stock (X) | | None | J | T | Spinoff (from line 38) | 4/5/11 | J | | |
| 44.    -Huntington Ingalls Indus stock | | None | | | Sold (part) | 4/6/11 | J | A | |
| 45.    -Chevron Corp stock | E | Dividend | M | T | Buy (add'l) | 1/7/11 | K | | |
| 46.    -Chevron Corp stock | | | | | Sold (part) | 2/28/11 | K | E | |
| 47.    -Chevron Corp stock | | | | | Buy (add'l) | 4/26/11 | L | | |
| 48.    -Chevron Corp stock | | | | | Buy (add'l) | 6/23/11 | J | | |
| 49.    -Morgan Stanley Smith Barney LLC Bank Deposit (X) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 7/27/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dever, James C. | 7/27/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James C. Dever**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544